**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| N-CO CONSTRUCTION, LLC, | : | |
| Petitioner, | : | |
| | : | |
| v. | : | CASE NO.: 1:22-MC-00002 (WLS) |
| | : | |
| OLD VETERAN CONSTRUCTION, INC., | : | |
| | : | |
| Respondent. | : | |
| _____ | : | |

## ORDER

On January 22, 2025, the Court received a Notice (Doc. 42) from Respondent Old Veteran Construction, Inc. ("Old Veteran") that it had filed for Chapter 7 bankruptcy protection in the United States Bankruptcy Court for the Northern District of Illinois, Case No. 24-17124.

A bankruptcy filing typically operates as an automatic stay of all proceedings against the debtor. 11 U.S.C. § 362(a). However, given that bankruptcy case was filed in November of 2024, the Parties are **ORDERED** to confer and inform the Court, in writing, **within seven (7) days**, or by no later than **Monday, July 27, 2026,** of the status of the bankruptcy proceedings in the Northern District of Illinois.

**SO ORDERED**, this 20th day of July 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**